Date: 12/07/10                                                                                                                    Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-13224 - BAKER, BARBARA ELIZABETH

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| IRS<br>PO Box 21126<br>Philadelphia, PA 19114 | 000003A | 6.77 | 0.98 |
| American Collection SE<br>3100 SW 59th Street<br>Oklahoma City, OK 73119 | 000006 | 12.33 | 1.79 |
| ---------- Remittance Total --------------- | | 19.10 | 2.77 |

*[signature]*

SUSAN MANCHESTER, Trustee

COURTI                                                                                          Printed: 12/07/10 11:13 AM   Ver: 16.01a